IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DARYL P. DUFFY, etc., | : | |
| Plaintiff(s), | : | |
| vs. | : | CIVIL ACTION 23-0076-C |
| VERTEX ENERGY, INC., et al., | : | |
| Defendant(s). | : | |

NOTICE OF ASSIGNMENT TO
<u>UNITED STATES MAGISTRATE JUDGE FOR TRIAL</u>

This civil action has been randomly assigned to United States Magistrate Judge William E. Cassady for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this District Court have been designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of a final judgment, upon the consent of all parties. An appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case reassigned to a United States District Judge for trial and disposition. If you wish to have the case reassigned, you or your attorney need only return the <u>Request for Reassignment to a United States District Judge</u> (attached) by email to Edwina_Crawford@alsd.uscourts.gov. **Do not electronically file document.**

The plaintiff shall serve a copy of this notice and attachments immediately

upon all other parties that have been served with the summons and complaint pursuant to Rules 4 and 5, Federal Rules of Civil Procedure.

This notice was electronically mailed to counsel of record on the 6th day of March, 2023.

           CHARLES R. DIARD, JR., CLERK


         By:_____s/Edwina E. Crawford
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

DARYL P. DUFFY, etc.,                :

    Plaintiff(s),                         :

vs.                                              :        CIVIL ACTION 23-0076-C

VERTEX ENERGY, INC., et al.,      :

    Defendant(s).                       :

REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby DECLINES to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby REQUESTS the reassignment of this case to a United States District Judge.[1]

_____                          _____
    Date                                              Signature

                                                                                 Counsel For_____

                                                                                 Address_____

---

[1] Return the Request for Reassignment to a United States District Judge to the Clerk of Court by email to Edwina_Crawford@alsd.uscourts.gov.  **DO NOT ELECTRONICALLY FILE DOCUMENT.**