UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| DARYL P. DUFFY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERTEX ENERGY, INC., et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00076<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

4865-7020-2709.v1

PLEASE TAKE NOTICE THAT plaintiff Daryl P. Duffy hereby voluntarily dismisses the complaint without prejudice against all defendants. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

DATED: March 6, 2023

Respectfully submitted,

JACKSON & FOSTER, LLC
SIDNEY W. JACKSON, III

/s/ Sidney W. Jackson, III
SIDNEY W. JACKSON, III

75 St. Michael Street
Mobile, AL  36602
Telephone:  251/433-6699
251/433-6127 (fax)

ROGER BEDFORD, ATTORNEY AT LAW, LLC
ROGER H. BEDFORD, JR.
ASB: 3651 D60R
P.O. Box 1149
Russellville, AL  35653
Telephone:  256/332-6966
265/332-6967 (fax)

Local Counsel for Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

Attorneys for Plaintiff